UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAEAR WILLIAMS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 09-10237-JLT |
| | * | |
| GARY RODEN, | * | |
| | * | |
| Respondent. | * | |

ORDER

June 9, 2010

TAURO, J.

This court ACCEPTS and ADOPTS the April 6, 2010 Report and Recommendation [#14] of Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Petition for Writ of Habeas Corpus [#1] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge